CONSTANTINE MORANT *v.* FIRST NATIONAL
SUPERMARKETS, INC., ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 56 Conn. App. 901 (AC 18907), is denied.

*Constantine Morant,* pro se, in support of the petition.

Decided February 2, 2000

NOEL ROY, TRUSTEE, ET AL. *v.* JOSEPH H.
BEILIN ET AL.

The named defendant's petition for certification for appeal from the Appellate Court (AC 19809) is denied.

SULLIVAN, J., did not participate in the consideration or decision of this petition.

*Brian E. Lambeck,* in support of the petition.

*Christopher K. Leonard,* in opposition.

Decided February 2, 2000

LAURELBROOK I ASSOCIATES, LLC *v.* BARBARA
ROTH ET AL.

The named defendant's petition for certification for appeal from the Appellate Court (AC 19868) is denied.

*Howard A. Lawrence,* in support of the petition.

*Matthew B. Woods,* in opposition.

Decided February 2, 2000